AO91 (Rev. 12/03) Criminal Complaint                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
        **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-17031

Maikel PEREZ-Diaz  
IAE  
Cuba 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **November 08, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Maikel  PEREZ-Diaz was encountered by Border Patrol Agents near Hidalgo, Texas on November 08, 2018.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Cuba, who had entered the United States illegally on November 08, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Meador, Kellen  Border Patrol Agent  
Signature of Complainant

Meador, Kellen    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 09, 2018                                                           at        McAllen, Texas  
Date                                                                                              City/State

Juan F Alanis            Magistrate Judge  
Name of Judge          Title of Judge                                          Signature of Judge